FILED
04/04/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

~~[scribbled out]~~

~~[scribbled out]~~

Aaron Blayne Birdwell

vs

(Full name of defendant(s))

The Geo Group
Centurion Medical

Case Number:
1:22-cv-00680-JRS-DML

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __1000 Van Nuys RD, P.O. Box A, Newcastle, Indiana, 47362__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __The Geo Group, Centurion Medical__
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___1000 Van Nuys RD Newcastle, In 47362___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___IDOC, 302 W. Washington St Indianapolis, IN 46204___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

There is a sist on the Back of my head I have told Medical More Then once and yet They Fail to help Me with This it causes Me alot of pain and has caused Me To pass out I have Notified Medical and They do Nothing for Me I now have Constant head-aches This has Been ongoing for over a couple Months Now.



Complaint - 3

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR
☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $2,000,000.00

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Would like to Be granted The sum above as well As The Medical department To Be more sufficent in doing There Job and To have test done To Figure out if this is a Bad cist and if It can Be Removed and possibly Removed and in the Mean time Recieve pain Meds

E.  **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this 23rd day of March 20 22.

Respectfully Submitted,

X Aaron Birdwell
Signature of Plaintiff

232779
Plaintiff's Prisoner ID Number

N.C.C.F., 1000 Van Nuys RD, P.O. Box A
New Castle, In 47362
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5